UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:09-CR-06-D-1

UNITED STATES OF AMERICA

v.

ISABELLA BROCKINGTON

ORDER TO SEAL

On motion of the Defendant, Isabella Brockington, and for good cause shown, it is hereby ORDERED that the [DE 32] be sealed until further notice by this Court.

SO ORDERED. This 10 day of May 2016.

JAMES C. DEVER III
Chief United States District Judge