IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:09-CR-6-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ISABELLA BROCKINGTON, ) | |
| ) | |
| Defendant. ) | |

Isabella Brockington filed a motion for recommendation regarding length of residential reentry center placement [D.E. 41]. The court declines to make a recommendation concerning residential reentry center placement. The Bureau of Prisons can make the decision without a recommendation. The motion [D.E. 41] is DENIED without prejudice.

SO ORDERED. This 17 day of January 2019.

JAMES C. DEVER III
United States District Judge